32 A.3d 586

**Linda Anne WALLS (Stanton), Petitioner**

v.

**Sherwood Perry STANTON, Jr., Respondent.**

Supreme Court of Pennsylvania.

Nov. 21, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2011, the Petition for Allowance of Appeal and "Application for Leave to File Rebuttal of Respondent's Answer to Petition for Allowance of Appeal" are denied.